**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**OPAL B.,**
            **Plaintiff,**

                                                    **Case No. 2:25-cv-930**
**v.**                                              **Judge Edmund A. Sargus, Jr.**
                                                    **Magistrate Judge Karen L. Litkovitz**

**COMMISSIONER OF SOCIAL SECURITY,**
            **Defendant.**

### ORDER

This matter is before the Court on the Parties' Joint Motion to Remand. (ECF No. 19.) The Parties jointly move the Court to reverse and remand this case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), and enter judgment in favor of Plaintiff. (*Id.*)

For good cause shown, the Court **GRANTS** (ECF No. 19) the Parties' Joint Motion to Remand. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g). The Court reverses and remands for further administrative proceedings due to deficits in the Administrative Law Judge's evaluation of medical opinion evidence. (ECF No. 19, PageID 5047.) On remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. (*Id.*) The Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, offer the opportunity for a new hearing, and then issue a new decision. (*Id.*)

The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and close this case.

**IT IS SO ORDERED.**

**7/13/2026**                              **s/Edmund A. Sargus, Jr.**
**DATE**                                   **EDMUND A. SARGUS, JR.**
                                           **UNITED STATES DISTRICT JUDGE**